# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | |
|---|---|
| ABBY LESOWITZ EIBEL<br>*Plaintiff*<br>v.<br>W.B. MELTON, Individually and Officially as<br>SHERIFF OF OVERTON COUNTY, TN; ET AL<br>*Defendant* | )<br>)<br>)<br>) Civil Action No. 2 10 0128<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Sheriff W.B. Melton
Overton County Sheriff's Department
1010 John T. Poindexter Dr.
Livingston, Tennessee 38570

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Attorney Richard M. Brooks
130 Third Avenue West
Carthage, TN 37030

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT  KEITH THROCKMORTON

Date: DEC 3 0 2010

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Sheriff W.B. Melton, Sheriff of Overton County, TN
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Certified Return Receipt U.S. Mail


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00 .

I declare under penalty of perjury that this information is true.

Date:   12/29/2010

*Richard M. Brooks* (signature)
*Server's signature*

Richard M. Brooks, Attorney at Law
*Printed name and title*

130 Third Avenue West
Carthage, TN 37030
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | | |
|---|---|---|
| ABBY LESOWITZ EIBEL<br>*Plaintiff*<br>v.<br>W.B. MELTON, Individually and Officially as<br>SHERIFF OF OVERTON COUNTY, TN; ET AL<br>*Defendant* | ) ) ) ) ) ) ) | Civil Action No. 2 10 0128 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Deputy Derek Sidwell
Overton County Sheriff's Department
1010 John T. Poindexter Dr.
Livingston, Tennessee 38570

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Attorney Richard M. Brooks
130 Third Avenue West
Carthage, TN 37030

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT   KEITH THROCKMORTON

Date: DEC 3 0 2010

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Deputy Derek Sidwell, Deputy Sheriff, Overton County, TN

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Certified Return Receipt U.S. Mail


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    12/29/2010           *Richard M. Brooks*
                                                     *Server's signature*

                                         Richard M. Brooks, Attorney at Law
                                                          *Printed name and title*

                                                        130 Third Avenue West
                                                         Carthage, TN 37030
                                                            *Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | |
|---|---|
| ABBY LESOWITZ EIBEL <br> *Plaintiff* <br> v. <br> W.B. MELTON, Individually and Officially as SHERIFF OF OVERTON COUNTY, TN; ET AL <br> *Defendant* | ) ) ) ) ) ) ) Civil Action No. 2 10 0128 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Deputy John Mackie
Overton County Sheriff's Department
1010 John T. Poindexter Dr.
Livingston, Tennessee 38570

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Attorney Richard M. Brooks
130 Third Avenue West
Carthage, TN 37030

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*     KEITH THROCKMORTON

Date: DEC 3 0 2010

*Signature of Clerk or Deputy Clerk*

Civil Action No. _____

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Deputy John Mackie, Deputy Sheriff, Overton County, TN

was received by me on *(date)* _____ .

    ☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

    ☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

    ☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

    ☐ I returned the summons unexecuted because _____ ; or

    ☑ Other *(specify)*: Certified Return Receipt U.S. Mail


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00 .

I declare under penalty of perjury that this information is true.

Date:   12/29/2010       *Richard M. Brooks* (signature)
                                                                 *Server's signature*

                                              Richard M. Brooks, Attorney at Law
                                                                 *Printed name and title*

                                              130 Third Avenue West
                                              Carthage, TN 37030
                                                                  *Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | |
|---|---|
| ABBY LESOWITZ EIBEL <br> *Plaintiff* <br> v. <br> W.B. MELTON, Individually and Officially as SHERIFF OF OVERTON COUNTY, TN; ET AL <br> *Defendant* | ) ) ) ) ) ) ) ) Civil Action No. 2 10 0128 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Deputy Michael Tharp
Overton County Sheriff's Department
1010 John T. Poindexter Dr.
Livingston, Tennessee 38570

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Attorney Richard M. Brooks
130 Third Avenue West
Carthage, TN 37030

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT KEITH THROCKMORTON

Date: DEC 3 0 2010

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Deputy Michael Tharp, Deputy Sheriff, Overton County, TN

was received by me on *(date)* _____.

    ☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

    ☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

    ☐ I returned the summons unexecuted because _____ ; or

    ☑ Other *(specify):* Certified Return Receipt U.S. Mail

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00 .

I declare under penalty of perjury that this information is true.

Date:    12/29/2010

*Richard M. Brooks* (signature)
*Server's signature*

Richard M. Brooks, Attorney at Law
*Printed name and title*

130 Third Avenue West
Carthage, TN 37030
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | | |
|---|---|---|
| ABBY LESOWITZ EIBEL | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2 10 0128 |
| W.B. MELTON, Individually and Officially as SHERIFF OF OVERTON COUNTY, TN; ET AL | ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Deputy Robert Garrett
Overton County Sheriff's Department
1010 John T. Poindexter Dr.
Livingston, Tennessee 38570

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Attorney Richard M. Brooks
130 Third Avenue West
Carthage, TN 37030

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT KEITH THROCKMORTON

Date: DEC 3 0 2010

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Deputy Robert Garrett, Deputy Sheriff, Overton County, TN
was received by me on *(date)* _____ .

     ☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

     ☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

     ☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

     ☐ I returned the summons unexecuted because _____ ; or

     ☑ Other *(specify):* Certified Return Receipt U.S. Mail


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00 .

I declare under penalty of perjury that this information is true.

Date:    12/29/2010

*Richard M. Brooks* (signature)
*Server's signature*

Richard M. Brooks, Attorney at Law
*Printed name and title*

130 Third Avenue West
Carthage, TN 37030
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | | |
|---|---|---|
| ABBY LESOWITZ EIBEL | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2 10 0128 |
| W.B. MELTON, Individually and Officially as SHERIFF OF OVERTON COUNTY, TN; ET AL | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Deputy John Garrett
Overton County Sheriff's Department
1010 John T. Poindexter Dr.
Livingston, Tennessee 38570

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Attorney Richard M. Brooks
130 Third Avenue West
Carthage, TN 37030

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: DEC 3 0 2010

*CLERK OF COURT* KEITH THROCKMORTON

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Deputy John Garrett, Deputy Sheriff, Overton County, TN

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Certified Return Receipt U.S. Mail

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00 .

I declare under penalty of perjury that this information is true.

Date:    12/29/2010      *Richard M. Brooks* (signature)
                                                         *Server's signature*

Richard M. Brooks, Attorney at Law
*Printed name and title*

130 Third Avenue West
Carthage, TN 37030
*Server's address*

Additional information regarding attempted service, etc: